STEVEN T. JAFFE
Nevada Bar No. 007035
sjaffe@lawhjc.com
JOHN M. ORR
Nevada Bar No. 14251
jorr@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

Attorney for Defendants,
Metropolitan Group Property and Casualty
Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA N. PRESLEY, individually,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania company; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-02440-JCM-CWH<br><br>**STIPULATION TO REMAND ACTION AND DISMISS PLAINTIFF'S SECOND, THIRD, AND FOURTH CAUSES OF ACTION; ORDER THEREON** |

　　　　MARIAN N. PRESLEY ("Plaintiff") and METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY and DOES I-X, and ROE CORPORATIONS I-X ("Metlife" or collectively "Defendants") stipulate as follows:

　　　　1.　　On August 17, 2016, Presley commenced an action in Nevada State Court, Eighth Judicial District, entitled MARIA N. PRESLEY vs. METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania company; DOES I-X, and ROE CORPORATIONS I-X, inclusive, case number A-16-741954-C (the "Action").

2. On October 19, 2016, Defendants filed a Notice of Removal of the Action pursuant to 28 U.S.C. § 1332 with the United States District Court for the District of Nevada.

3. On October 19, 2016, Defendants completed the removal process by filing a conformed copy of the Notice of Removal with the Eighth Judicial District Court.

4. After some discussion, the Parties have agreed that the Action will be remanded to the Eighth Judicial District Court.

5. The Parties further stipulate that Plaintiff voluntarily dismisses her Second, Third, and Fourth Causes of Action against Defendants with prejudice.

6. The Parties further stipulate that the Action be remanded to the Eighth Judicial District Court and that the Parties will stipulate to participating in the court-annexed arbitration program in accordance with the Nevada Arbitration Rules.

DATED this ___ day of January, 2017.

HALL JAFFE & CLAYTON, LLP

By_____
STEVEN T. JAFFE
Nevada Bar No. 007035
sjaffe@lawhjc.com
JOHN M. ORR
Nevada Bar No. 14251
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants,*
Metropolitan Group Property and Casualty Insurance Company

GLEN LERNER INJURY ATTORNEYS

By_____
JUSTIN G. RANDALL
Nevada Bar No. 012476
4795 S. Durango Drive
Las Vegas, Nevada 89147
*Attorney for Plaintiff,*
*Maria N. Presley*

2

## ORDER

On January 5, 2017, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed the stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. District of Nevada Case Number 2:16-cv-02440 styled MARIA N. PRESLEY, v. METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania company; DOES I -X, and ROE CORPORATIONS I-X, inclusive is hereby remanded to the Eighth Judicial District Court. Plaintiff's Second, Third, and Fourth causes of actions are dismissed with prejudice.

IT IS SO ORDERED

DATED January 6, 2017.

_____
UNITED STATES DISTRICT JUDGE